UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA S. RUSSELL,

    Plaintiff,

v.

                                                    Case No. 13-13749
                                                    Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on October 9, 2014

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Plaintiff filed this action challenging Defendant's final denial of Plaintiff's eligibility for Social Security Disability Income Benefits and Supplemental Security Income. This matter is before the Court on the Magistrate Judge's Report and Recommendation [dkt 22], in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment [dkt 18] be denied and Defendant's Motion for Summary Judgment [dkt 21] be granted.[1] No objections were filed to the Magistrate's Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2).

---

[1] Defendant filed an Ex Parte Motion for an Extension of Time to File Response and Motion for Summary Judgment [dkt 20] prior to filing its Motion for Summary Judgment. The Magistrate's Report and Recommendation does not, however, address Defendant's ex parte motion. In finding that Defendant has shown good cause and that Plaintiff will not be unfairly prejudiced, the Court grants Defendant's Ex Parte Motion for an Extension of Time to File Response and Motion for Summary Judgment [dkt 20].

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that the Court ADOPTS the Magistrate Judge's Report and Recommendation [dkt 22].

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [dkt 18] is DENIED.

IT IS FURTHER ORDERED that Defendant's Ex Parte Motion for an Extension of Time to File Response and Motion for Summary Judgment [dkt 20] is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [dkt 21] is GRANTED. Judgment shall be entered accordingly.

IT IS SO ORDERED.

                                                S/Lawrence P. Zatkoff
                                                Hon. Lawrence P. Zatkoff
Date: October 9, 2014                    U.S. District Judge